IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GERMAN NOLBERTO LOPEZ
GOMEZ,

          Defendant.

MJ 26-73-GF-BMM-JTJ

FINDINGS AND
RECOMMENDATION

The Defendant, by consent, appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and entered a plea of guilty to the charge Illegal Reentry of Removed Alien, in violation of Title 8 USC 1326(a).

After examining the Defendant under oath, the Court finds that the Defendant's plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived by pleading guilty; and that there is a factual basis establishing each of the essential elements of the crime to which the Defendant plead guilty. The

Court therefore recommends that the Defendant be adjudged guilty of the offense and that sentence be imposed.

DATED this 5th day of August 2026.

John Johnston
United States Magistrate Judge

## <u>NOTICE</u>

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).